UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GABRIEL VELEZ, et al.,

                             **Plaintiffs,**                    24-CV-02707 (GHW) (SN)

     -against-                                         **ORDER**

MEDRITE LLC,

                             **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On April 15, 2024, the Honorable Gregory H. Woods referred this case to my docket for general pretrial supervision and dispositive motions. On October 7, 2024, Defendant filed a motion to dismiss the amended complaint.

       The parties are ORDERED to appear for a conference on Friday, October 11, 2024, at 11:00 a.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. The purpose of the conference will be to set a briefing schedule, address whether certain discovery should proceed while the motion is pending, and assess whether an early settlement is possible.

**SO ORDERED.**

                                                                 SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:     October 8, 2024
                New York, New York