```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                :
GABRIEL VELEZ,                               :
                                                :
                           Plaintiff,   :           1:24-cv-2707-GHW
                                                :
                -v-                                 :             <u>ORDER</u>
                                                :
MEDRITE LLC, *et al.*,                 :
                                                :
                           Defendants.   :
                                                :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On July 23, 2025, Defendants timely filed objections to the July 9, 2025 Report and Recommendation on Defendants' motion to dismiss. Dkt. No. 56. Any opposition to Defendants' objections is due no later than August 6, 2025.

       SO ORDERED.

Dated: July 24, 2025
       New York, New York

                                                             GREGORY H. WOODS
                                                             United States District Judge