```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GABRIEL VELEZ, et al.,

                               **Plaintiffs,**

        -against-

**MEDRITE LLC,**

                               **Defendant.**

-----------------------------------------------------------------X

**24-CV-02707 (GHW) (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

        The Court held a status conference to discuss next steps in this litigation. In light of the parties' ongoing settlement discussions, Defendant requested a four-week extension of its deadline to answer or otherwise respond to Plaintiff's Third Amended Complaint, and Plaintiff consented to the request.

        Accordingly, the deadline for Defendant to answer or otherwise respond to the Third Amended Complaint is extended to December 19, 2025.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    November 12, 2025
                New York, New York