**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                         :

GABRIEL VELEZ and GILBERT VELEZ,     :

                        Plaintiffs,    :

         -against-            :

                           :   Case No. 24-cv-02707

                           :

MEDRITE LLC and STAFFING BOUTIQUE, INC.,  :

                           :   **JUDGMENT**

            Defendants.     :

                           :

                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 3/17/2026

Notices of Acceptance of Offers of Judgment having been filed by Plaintiffs on March 16, 2026, accepting Defendants' March 16, 2026 offers to allow entry of judgment against them, jointly and severally, in the amount of **$6,000.00 _each_**, inclusive of damages, interest, penalties, attorneys' fees, costs, and expenses to date of the offer, in full satisfaction of Plaintiffs' claims, as set forth in the Offers of Judgment, it is:

**ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiffs Gabriel Velez and Gilbert Velez and against Defendants Medrite LLC and Staffing Boutique, Inc., jointly and severally, in the **total amount of $12,000,** inclusive of damages, interest, penalties, attorneys' fees, costs, and expenses to the date of the offer, in full satisfaction of Plaintiffs' claims in the above-captioned action to be paid within thirty (30) days of the entry of judgment as follows:

1. Gabriel Velez - **$6,000**, allocated and paid as set forth in the Offer of Judgment;

2. Gilbert Velez- **$6,000**, allocated and paid as set forth in the Offer of Judgment.

If, and only if, any amounts remain unpaid after 30 days after entry of judgment shall interest accrue pursuant to 28 U.S.C. 1961.

The Clerk of Court is directed to close this case.

Dated:  March 17, 2026
New York, New York

**GREGORY H. WOODS**
**United Stated District Judge**